UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Sullivan, <br><br> Plaintiff, <br> v. <br><br> Focus Receivables Management, LLC, <br><br> Defendant. | Civil Action No.: 1:17-cv-11699-GAO |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 8, 2018

                                        Respectfully submitted,

                                        PLAINTIFF, James Sullivan

                                        */s/ Sergei Lemberg*

                                        Sergei Lemberg, Esq.
                                        B.B.O. No.: 650671
                                        LEMBERG LAW, LLC
                                        43 Danbury Road, 3rd Floor
                                        Wilton, CT 06897
                                        Telephone: (203) 653-2250
                                        Facsimile: (203) 653-3424
                                        slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By _/s/ Sergei Lemberg_
                                              Sergei Lemberg, Esq.