UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

James Sullivan,                           :
                                          :
                                          : Civil Action No.: 1:17-cv-11699-GAO
                                          :
              Plaintiff,                  :
       v.                                 :
                                          :
Focus Receivables Management, LLC,        :
                                          :
              Defendant.                  :
_____       :
                                          :

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| James Sullivan | Focus Receivables Management, LLC, |
|---|---|
| ___/s/ Sergei Lemberg_____ | __/s/ Jeffrey M. Sankey _____ |
| Sergei Lemberg, Esq. | Jeffrey M. Sankey, Esq. |
| BBO No.: 650671 | BBO No.: 551062 |
| LEMBERG LAW, LLC | Kathleen Brekka, Esq. |
| 43 Danbury Road, 3rd Floor | BBO No.: 696200 |
| Wilton, CT  06897 | Sankey Law Offices, P.C. |
| Telephone: (203) 653-2250 | 25 Braintree Hill Park, Suite 200 |
| *Attorney for Plaintiff* | Braintree, MA 02184 |
| | Telephone: (781) 930-3127 |
| | *Attorneys for Defendant* |

2

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By */s/ Sergei Lemberg*
                                              Sergei Lemberg, Esq.